38,1681-03

7-8-15

RE: CAUSE 11965 (C)

<u>WRIT OF MANDAMUS</u>

MAILED TO CRIM. APPEALS

ON 6-22-15; No Reply

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

Abel Acosta, Clerk,

Relator is concerned because its been "16" days and there has been no reply from this Court as to the filing and presenting of the above "Writ".

Perhaps you've just prepared relator's notice and its in the mail. Please disreguard this relator's concern if thats the case. However, if you've not received the above Writ. Please let this relator know, and a replacement will be drawn up.

A copy of the above Writ was mailed to the Judge DWIGHT L. PHIFER, P.O. Box 287, Rusk Tx. 75785 And too; Rachel L. Patton, District Att., P.O. Box 450 Rusk, Tx. 75785 on the 22 day of June, 2015.

Jeffrey L Ward
Relator — Pro-Se
Jeffrey L. Ward #647619
Wynne Unit; 810 FM 2821
Huntsville, Texas 77349